PER CURIAM.

(No. 74-CC-31—Claimant )

HAENIG ELECTRIC COMPANY, Claimant, *vs.* STATE OF ILLINOIS, CIVIL DEFENSE AGENCY, Respondent.

*Opinion filed August 15, 1973.*

HAENIG ELECTRIC COMPANY, Claimant pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6970—Claimant )

CENTRAL OFFICE EQUIPMENT COMPANY Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed August 15, 1973.*

CENTRAL OFFICE EQUIPMENT COMPANY, Claimant pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.